[No. 19607–3–I.  Division One.  September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACY D. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–02965–8, Norman W. Quinn, J., entered

November 26, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Winsor, JJ.